1 | DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
2 | JENNIFER JASON (SBN 274142)
jjason@loeb.com
3 | LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
4 | Los Angeles, CA  90067
Telephone: 310.282.2000
5 | Facsimile: 310.282.2200

6 | Attorneys for Plaintiffs
TRENDSETTAH USA, INC.,
7 | TRENDSETTAH, INC., and
AKRUM ALRAHIB

8 |

9 |

10 |

11 |

12 |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**CV13- 4194 BRO(PJWx)**

| | |
|---|---|
| 13 | TRENDSETTAH USA, INC., a California corporation, TRENDSETTAH, INC., a Florida corporation, and AKRUM ALRAHIB, an individual, | Case No.: _____ |
| | | **COMPLAINT** |
| | | **DEMAND FOR JURY TRIAL** |
| | Plaintiffs, | |
| | v. | |
| | J A TOBACCO CORP., a Florida corporation, LLBJ CORPORATION, a Florida corporation, DOES 1-10. | |
| | Defendants. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

COMPLAINT

Plaintiff Trendsettah USA, Inc. ("TSI USA"), Plaintiff Trendsettah, Inc. ("TSI"), and Plaintiff Akrum Alrahib ("Alrahib") (collectively, "Plaintiffs") allege as follows:

## NATURE OF THE ACTION

1.    This a trademark infringement and unfair competition action based on the attempts of Defendants J A Tobacco Corp. ("J A Tobacco") and LLBJ Corporation ("LLBJ Corp.") (collectively, "Defendants") to trade off the good will of Plaintiffs' products by manufacturing, distributing and selling confusingly similar and misleading tobacco products that resemble Plaintiffs' SPLITARILLOS cigar products

2.    Plaintiffs' SPLITARILLOS brand products are used regularly by tens of thousands of consumers nationwide.  Defendants recently started selling a confusingly-similar tobacco product called "Ziparillos."  Plaintiffs have recently discovered that Ziparillos products are being sold nationwide, including in this District.

3.    As illustrated below, the Defendants have co-opted *the entire look and feel* of Plaintiffs' SPITARILLOS brand products, leading to intended consumer confusion and loss of good will and sales by Plaintiffs.  The below images show Plaintiffs' SPLITARILLOS product and packaging contrasted with Defendants' recent Ziparillos packaging:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

1

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15




16    4.    The packaging created by Defendants is virtually indistinguishable

17  from Plaintiffs' product packaging, and is obviously meant to cause consumers to

18  purchase Defendants' products based on confused associations with Plaintiffs'

19  products.  The color, text, font size and style of packaging are nearly identical.

20    5.    Plaintiffs have received complaints from consumers who,

21  understandably confused about the source of the infringing Ziparillos product, have

22  called to inquire why Ziparillos products are made from a different tobacco and

23  flavor from that of SPLITARILLOS tobacco products.

24    6.    A consumer may also order Ziparillos in retail stores in California and

25  around the country, or online via credit card at www.southsmokeshop.com and

26  www.llbjcorp.com, which are, on information and belief, owned and operated by

27  LLBJ Corp.  Southsmoke ships Ziparillos into California.

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

2

COMPLAINT

7.     To put an end to this misleading and confusingly similar product and to recover damages caused by it, Plaintiffs bring this action for injunctive and monetary relief.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1121(a), 1331, 1338, 1367, and general principles of ancillary and pendent jurisdiction.

9.     The Court has personal jurisdiction over Defendants because the Defendants have had continuous, systematic, and substantial contacts with the State of California, including doing business in California.

10.     Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiffs' claims occurred in this district.

## THE PARTIES

11.     Plaintiff TSI is a Florida corporation, with its principal place of business at 25950 Acero Rd, Ste. 210, Mission Viejo, CA 92691.  TSI is the beneficial owner and assignee of the SPLITARILLOS trademark, copyright and trade dress described below.

12.     Plaintiff TSI USA is a California Corporation, with its principal place of business in Mission Viejo, California.  TSI USA is the beneficial owner and assignee of the SPLITARILLOS trademark, copyright and trade dress described below.

13.     Plaintiff Alrahib is an individual residing in Los Angeles, California.  Alrahib is the president of TSI and TSI USA.  Alrahib is the owner of the SPLITARILLOS trademark, copyright, and trade dress described below.

14.     On information and belief, Defendant J A Tobacco is a Florida corporation with its principal place of business at 5149 NW 74 Ave., Miami, Florida 33166.  J A Tobacco is registered with the Florida Department of State as a tobacco

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

3

COMPLAINT

1  distributor.  J A Tobacco filed an application with the United States Patent and

2  Trademark Office for the Ziparillos trademark on December 5, 2012.

3        15.   On information and belief, Defendant LLBJ Corp. is a Florida

4  corporation with its principal place of business at 7290 NW 7 St., Suite 106, Miami,

5  Florida 33126.  On information and belief, LLBJ Corp. owns and operates

6  www.llbj.com and www.southsmokeshop.com,  which sell Ziparillos.

7        16.   Lazaro Jacomino is the president of both J A Tobacco and LLBJ Corp.

8  On information and belief, Defendants are under common control.

9        17.   Plaintiffs are not aware of the true names and capacities of the

10  defendants identified herein as Does 1 through 10, inclusive, and therefore

11  fictitiously name said defendants.  Plaintiffs will amend this Complaint to allege the

12  true names and capacities of these fictitiously named defendants when their

13  identities are ascertained.

14        18.   Plaintiffs are informed and believe, and thereon allege, that Defendants

15  and each of the fictitiously named Doe defendants (collectively "Defendants") were

16  in some manner responsible for the acts alleged herein and the harm, losses and

17  damages suffered by Plaintiffs as alleged hereinafter.  Plaintiffs are also informed

18  and believe that, while participating in such acts, each Defendant was the agent of

19  the other Defendant and acted in the course and scope of such agency and/or acted

20  with the permission, consent, authorization or ratification of the other Defendants.

21                          **FACTUAL ALLEGATIONS**

22  **A.**   **Plaintiffs' SPLITARILLOS' Brand and Products.**

23        19.   Plaintiffs own, manufacture through a third party, and distribute

24  SPLITARILLOS, a cigar product formulated from a proprietary blend of tobacco

25  and flavoring.  SPLITARILLOS products have been sold in the United States since

26  2011.  Hundreds of thousands of people use Plaintiffs' top-selling product.  To date,

27  over two hundred million sticks of SPLITARILLOS products have been

28  manufactured and sold by Plaintiffs.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

4

COMPLAINT

20.     SPLITARILLOS products are sold at thousands of U.S. retail locations in 45-count pouches (15 pouches of 3 cigarillos each), 90-count packs (30 packs of 3 cigarillos each), and 60-count boxes. SPLITARILLOS products are manufactured and sold in several varieties, including, G6 GRAPE SPLITARILLOS cigars, OG SWEET SPLITARILLOS cigars, ONE HUNDRED SPLITARILLOS cigars, SWAG BERRY SPLITARILLOS cigars, ROZAY WINE SPLITARILLOS cigars, DA BOMB BLUEBERRY SPLITARILLOS cigars, PINEAPPLE SPLITARILLOS cigars, and several more pending flavors.

21.     Plaintiffs have used numerous marks in commerce in connection with the SPLITARILLOS products, including SPLITARILLOS, ONE HUNDRED, OG, G6 GRAPE, SWAG, and SWAG BERRY (collectively referred to herein as the "SPLITARILLOS Marks"). Alrahib owns and has granted an exclusive license to TSI USA for the SPLITARILLOS, ONE HUNDRED, OG, G6 GRAPE, and SWAG marks. TSI is the owner of the SWAG BERRY mark.

22.     Several of the SPLITARILLOS Marks are registered with the U.S. Patent and Trademark Office, including the following:

a.     The "SPLITARILLOS" mark for use on cigars (Registration No. 4002691) was registered on the Principal Register of the United States Patent and Trademark Office on July 26, 2011;

b.     The "ONE HUNDRED" mark for use on cigars and tobacco (Registration Number 4309718) was registered on the Principal Register of the United States Patent and Trademark Office on March 26, 2013;

c.     The "OG" mark for use on tobacco products, namely flavored tobacco, cigars, and cigarettes (Registration No. 4175807) was registered on the Principal Register of the United States Patent and Trademark Office on July 17, 2012;

d.     The "G6 GRAPE" mark for use on tobacco products, namely flavored tobacco, cigars, and cigarettes (Registration No. 4161471) was registered

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

5

COMPLAINT

1  on the Principal Register of the United States Patent and Trademark Office on June

2  19, 2012; and

3         e.     The "SWAG" mark for use on tobacco products, namely

4  flavored tobacco and cigars (cigar wraps and cigarettes) (Registration No. 4175808)

5  was registered on the Principal Register of the United States Patent & Trademark

6  Office on July 17, 2012.

7         23.    True and correct copies of the registrations for the SPLITARILLOS

8  Marks are attached hereto as Exhibit 1.

9         24.    Plaintiffs also have several pending U.S. trademark applications,

10  including the following:

11         a.     The "SWAG BERRY" mark for use on cigars, tobacco, tobacco

12  pouches, and tobacco water pipes (Serial No. 85623619) was filed on May 11, 2012

13  with an original filing basis of 1A on the Principal Register of the United States

14  Patent and Trademark Office.

15         25.    SPLITARILLOS products are distinctive by their name, packaging,

16  labeling, and box shape (the "SPLITARILLOS Trade Dress"), each element of

17  which represents a deliberate and conscious branding choice by Plaintiffs.  Among

18  other elements that lead to the distinctive look and feel of SPLITARILLOS products

19  are:

20         a.     use of a zipper design on the package;

21         b.     use of the phrase "fresh and new" in black lettering on a yellow

22  ribbon on the package;

23         c.     use of "3 CIGARS FOR 99¢ + TAX" in black lettering on a

24  yellow banner across the top of the package;

25         d.     use of a brightly colored package representing the flavor of the

26  product with prominent use of the word SPLITARILLOS in white lettering;

27         e.     use of a logo of an eagle with spread wings within a circle.

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

6

COMPLAINT

26.     The SPLITARILLOS Trade Dress is illustrated on the packaging below:

 

27.     The SPLITARILLOS Trade Dress is arbitrary, non-functional, and distinctive.

28.     The SPLITARILLOS Marks and the SPLITARILLOS Trade Dress have been extensively and continuously used by Plaintiffs, and are inherently distinctive and/or have become distinctive through the acquisition of secondary meaning.  Plaintiffs use the SPLITARILLOS Trade Dress to distinguish their products in the marketplace and function as a source identifier for Plaintiffs' cigars and related products.

29.     The SPLITARILLOS Trade Dress is used across Plaintiffs' entire SPLITARILLOS cigar product line, which comprises seven different products including G6 GRAPE SPLITARILLOS cigars, OG SWEET SPLITARILLOS cigars, ROZAY WINE SPLITARILLOS cigars, SWAG BERRY SPLITARILLOS cigars and ONE HUNDRED SPLITARILLOS cigars.

30.     In the last three years, approximately $10 million has been spent on advertising and promoting SPLITARILLOS cigars and related products using the SPLITARILLOS Trade Dress.  Plaintiffs prominently display the SPLITARILLOS

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

7

COMPLAINT

1  Marks and the SPLITARILLOS Trade Dress in their advertising and promotional
2  materials.

3      31.    Upon information and belief, the distinctive design elements
4  incorporated in the SPLITARILLOS Trade Dress were unique within the industry
5  prior to Defendants' actions complained of herein.

6      32.    As a result of the extensive advertising and marketing of
7  SPLITARILLOS cigars and related products in connection with the
8  SPLITARILLOS Marks and the SPLITARILLOS Trade Dress, the widespread sale
9  of SPLITARILLOS cigars and related products, and the recognition that the
10  SPLITARILLOS Marks and the SPLITARILLOS Trade Dress have achieved, the
11  SPLITARILLOS Marks and the SPLITARILLOS Trade Dress have obtained strong
12  secondary meaning indicating source with respect to Plaintiffs' products.

13      33.    The SPLITARILLOS Marks and the SPLITARILLOS Trade Dress
14  symbolize business goodwill of Plaintiffs and are invaluable assets to Plaintiffs.

15  **B.    Defendants' Infringing Ziparillos Products.**

16      34.    On or about January 30, 2013, Plaintiffs and their representatives
17  attended the Tobacco Plus Expo tradeshow at Las Vegas, Nevada.  During the
18  tradeshow, Plaintiffs discovered that Ziparillos tobacco products, although not
19  existing at that time in the marketplace, were being promoted at a booth.

20      35.    Plaintiffs are informed and believe that Defendants own and operate
21  Southsmokeshop.com and LLBJCorp.com, and that Defendants manufacture and
22  advertise Ziparillos tobacco products through Southsmokeshop.com and
23  LLBJCorp.com.

24      36.    Plaintiffs are informed and believe that, in or about May of 2013,
25  Defendants caused Ziparillos products to be shipped into the Central District of
26  California.

27      37.    After learning of Ziparillos' infringing products, Plaintiffs obtained
28  Ziparillos products from www.southsmokeshop.com for the purpose of examining

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

8

COMPLAINT

the packaging, logos and overall product.  These orders were placed and received in the Central District and, upon inspection of the product, Plaintiffs confirmed the numerous similarities between the two products.

38.     The Ziparillos packaging, logos, font and colors reveal numerous similarities to the SPLITARILLOS Trade Dress and SPLITARILLOS Marks.  For example:

- The name "Ziparillos" is confusingly similar to the SPLITARILLOS name.
- The Ziparillos font and prominent white lettering resembles the SPLITARILLOS Mark and SPLITARILLOS Trade Dress.
- The zipper resembles the SPLITARILLOS product packaging.
- The use of the word "fresh" on a yellow banner on the ZIPARILLOS packaging resembles the use of the phrase "fresh and new" on a yellow banner on the SPLITARILLOS product packaging.
- The use of "3 CIGARS FOR 99¢ + TAX" in black lettering on a yellow banner is virtually identical to the SPLITARILLOS Trade Dress of "3 CIGARS FOR 99¢ + TAX" in black lettering on a yellow banner.
- The colors used on the product packaging for Defendants' products are virtually identical to SPLITARILLOS Trade Dress colors for multiple products, including the OG, SWAG BERRY and G6 GRAPE products.

///
///
///
///
///
///

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

9

COMPLAINT

1
2
3
4
5
6
7
8
9



10
11
12
13
14
15
16
17
18
19





20
21
22

- As evidenced by the above images, the size, shape, color, font, text and overall look and feel of Defendants' product packaging is virtually identical to Plaintiffs' SPLITARILLOS' product packaging.

23
24    ///
25    ///
26    ///
27
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

10                                                          COMPLAINT

 

39.     It is further apparent, from the advertising poster shown above, that Defendants, in connection with its Ziparillos brand products, have gone so far as to copy Plaintiffs' "Eagle" logo, which can be seen in the lower left hand corner of Plaintiffs' SPLITARILLOS advertisement – just above the words "Trendsettah Inc." A very similar eagle/bird logo exists in the lower left hand corner of Defendants' Ziparillos' advertisement.  Defendants' conduct makes clear that they are intentionally duplicating the entire look and feel of Plaintiffs' products in order to confuse consumers and to profit from Plaintiffs' good will and brand recognition in the marketplace.

40.     On December 5, 2012, J A Tobacco filed an application (Serial Number 85/795,254) with the United States Patent and Trademark Office for federal trademark protection of the "Ziparillos"  name for use in Class 34 connection with "Absorbent paper for tobacco pipes; Chewing tobacco; Cigarettes containing tobacco substitutes not for medical purposes; Flavored tobacco; Hand-rolling tobacco; Pipe tobacco; Rolling tobacco; Tobacco; Tobacco filters; Tobacco

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

11

COMPLAINT

1  grinders; Tobacco pipe cleaners; Tobacco pipes; Tobacco pouches; Tobacco, cigars

2  and cigarettes" (the "Ziparillos Application").  The Ziparillos Application was filed

3  under Section 1(B) of the Trademark Act, based upon a *bona fide* intent to use the

4  mark in interstate commerce.

5       41.    The natural, probable, and foreseeable result of the wrongful conduct of

6  Defendants has been to deprive Plaintiffs of business and goodwill.  Plaintiffs have

7  sustained and will continue to sustain considerable damages as a result of

8  Defendants' wrongful conduct.  Defendants have been unjustly enriched by their

9  copying, use, and marketing of the infringing products.

10       42.    Defendants' infringing activities as complained of herein have led to

11  actual consumer confusion regarding the source, sponsorship or affiliation of

12  Defendants' Ziparillos products.

13       43.    In fact, multiple tobacco product vendors and distributors inquired as to

14  whether the infringing Ziparillos products were a new division and/or branch of

15  Plaintiffs.  At least one has stated that they were informed by a Ziparillos

16  representative that Ziparillos was owned or affiliated with Plaintiffs.

17       44.    This confusion is likely to continue unless Defendants are enjoined

18  from use of the ZIPARILLOS name, any other name or mark confusingly similar to

19  any of the SPLITARILLOS Marks, and use of the SPLITARILLOS Trade Dress or

20  any confusingly similar trade dress or packaging design.

21  **<u>FIRST CLAIM FOR RELIEF</u>**

22  **(For Federal Trademark Infringement, 15 U.S.C. § 1114)**

23       45.    Plaintiffs reallege and incorporate by reference paragraphs 1 through 44

24  of this Complaint as if fully set forth herein.

25       46.    Plaintiffs are the owners of the SPLITARILLOS Trade Dress for use in

26  connection with the sale, offer of sale, distribution, and advertising of cigars and

27  tobacco products.  Alrahib is the owner and TSI USA is the exclusive licensee of the

28

Loeb & Loeb
A Limited Liability Partnership
including Professional
Corporations

LA2299833.6
666666-66666

12

COMPLAINT

1   SPLITARILLOS, ONE HUNDRED, OG, G6 GRAPE, ROZAY WINE, and SWAG

2   marks.  TSI is the owner of the SWAG BERRY mark.

3         47.    Defendants' use in commerce, without Plaintiffs' consent, of the

4   Ziparillos products in connection with the advertising, promotion, offering, sale, and

5   distribution of Ziparillos cigarillos is likely to cause confusion, to cause mistake,

6   and/or to deceive the trade and/or consuming public.

7         48.    By these wrongful acts, Defendants have caused, and unless restrained

8   by this Court will continue to cause, serious and irreparable injury and damage to

9   Plaintiffs and to the goodwill, reputation, and proven business success associated

10  with Plaintiffs' SPLITARILLOS Marks and SPLITARILLOS Trade Dress.

11        49.    As a result of these acts set forth above, Defendants have violated and

12  are continuing to violate 15 U.S.C. § 1114.

13        50.    Plaintiffs have no adequate remedy at law that will compensate for the

14  continued and irreparable harm they will suffer if Defendants' acts are allowed to

15  continue.

16        51.    Upon information and belief, Defendants have profited or will profit by

17  their wrongful conduct and activities.

18        52.    Plaintiffs are further entitled to recover from Defendants the damages,

19  including attorney's fees, they have sustained and will sustain, and any gains, profits

20  and advantages obtained by Defendants as a result of Defendants' acts of

21  infringement alleged above.  At the present, the amount of such damages, gains,

22  profits, and advantages cannot be fully ascertained by Plaintiffs.

23                        **SECOND CLAIM FOR RELIEF**

24             **(Unfair Competition, Violation of 15 U.S.C. § 1125(a))**

25        53.    Plaintiffs reallege and incorporate by reference paragraphs 1 through 52

26  of this Complaint as if fully set forth herein.

27        54.    Defendants' advertising, promoting, manufacturing, selling, offering

28  for sale, and/or distributing tobacco products under the "Ziparillos" name constitutes

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

13

COMPLAINT

a false designation of origin and/or false or misleading representation of fact that is likely to cause confusion, to cause mistake, and/or to deceive the trade and/or consuming public as to the affiliation, connection, or association of Defendants and Plaintiffs, or as to the origin, sponsorship, or approval of products sold by Defendants.

55.   As a result of the acts set forth above, Defendants have violated Section 43(a) of the Lanham Act of 1946, 15 U.S.C. § 1125(a).

56.    Plaintiffs have been, and until Defendants are restrained by the Court, will continue to be seriously and irreparably harmed by Defendants' actions.

57.   Upon information and belief, Defendants have profited or will profit by their wrongful conduct and activities.

58.   Plaintiffs have no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

### (Unfair Competition Under California B&P Code Section 17200 et *seq.*)

59.   Plaintiffs reallege and incorporates by reference paragraphs 1 through 58 of this Complaint as if fully set forth herein.

60.   Defendants' conduct as alleged herein constitutes unfair competition in that such acts are unlawful, unfair, and/or fraudulent business acts or practices, and/or unfair, deceptive, untrue and misleading advertising in violation of Cal. Bus. & Prof. Code § 17200 *et seq.*

61.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs have been seriously and irreparably harmed, including dilution of goodwill, confusion of existing and potential customers, injury to reputation, and diminution in value of Plaintiffs' products.  The harm these wrongful acts will cause to Plaintiffs is both imminent and irreparable, and the amount of damages sustained by Plaintiffs will be difficult to ascertain if these acts continue.  Plaintiffs have no adequate remedy at law.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

14

COMPLAINT

62.     Defendants' acts of unfair competition will be ongoing unless enjoined by this Court, the Court makes such orders as necessary to prevent the use or employment by Defendants of any act or practice that constitutes unfair competition in the future, and the Court restores to Plaintiffs any money that may have been acquired by Defendants by means of unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

A.     temporarily restraining, and preliminary and permanently enjoining, the Defendants and their subsidiaries, parents, affiliates, agents, servants, employees, members, directors, officers and attorneys and those persons in active concert or participation with them:

(i)     from using the name or mark "Ziparillos" or any other names or marks (including without limitation the ZIPARILLOS Application) confusingly similar to Plaintiffs' SPLITARILLOS mark in connection with the advertising, promotion, manufacture, sale and/or distribution of any tobacco products or related products;

(ii)     from using or otherwise infringing any logo, trade name or trademark confusingly similar to any of the SPLITARILLOS Marks (including without limitation the ZIPARILLOS Application) which may be calculated to falsely represent or mislead the services or products to that of SPLITARILLOS or of others are sponsored by, authorized by, or in any way associated with Plaintiffs;

(iii)     from using any product design or trade dress confusingly similar to the SPLITARILLOS Trade Dress;

(iv)     from otherwise unfairly competing with the Plaintiffs in the manufacture, sale, offering for sale, distribution, advertising, or promotion of the Ziparillos products;

(v)     from falsely representing themselves as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or Plaintiffs'

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

15

COMPLAINT

1   SPLITARILLOS products or engaging in any act or business practice which is

2   likely to cause the trade, retailers and/or members of the purchasing public to

3   believe that Defendants, or any of their products, are associated with Plaintiffs;

4           (vi)    from using any reproduction, copy or colorable imitation of any

5   of the SPLITARILLOS Marks in connection with the advertising, promotion,

6   manufacture, sale and/or distribution of tobacco products;

7           (vii)   from assisting, aiding or abetting any other person or business

8   entity in engaging in or performing any of the activities referred to in subparagraphs

9   (i) through (vii) above; and

10          B.      ordering that all misleading and confusingly similar material be turned

11  over, seized, impounded and/or destroyed; and

12          C.      awarding to Plaintiffs treble damages from the Defendants in an

13  amount to be ascertained at trial, but in no event less than $2 million; and

14          D.      awarding to Plaintiffs, at Plaintiffs' election, statutory or actual

15  damages in an amount to be ascertained at trial, and costs and attorney's fees; and

16          E.      awarding to Plaintiffs an accounting, and an award of:  (i) all ill-gotten

17  profits from Defendants' advertising, promotion, manufacture, sale and/or

18  distribution of the confusingly similar and misleading Ziparillos products; (ii)

19  Plaintiffs' lost profits; and (iii) Plaintiffs' remedial costs; and

20          F.      awarding to Plaintiffs pre-judgment and post-judgment interest; and

21          G.      awarding such other and further relief to Plaintiffs as may be just,

22  proper, and equitable.

23  Dated:  June 11, 2013                    LOEB & LOEB LLP
                                            DAVID GROSSMAN
24                                          JENNIFER JASON

25

26                                          By: _David Grossman /JJ_____
                                               David Grossman
27                                             Attorneys for Plaintiffs
                                               TRENDSETTAH USA, INC.,
28                                             TRENDSETTAH, INC., and
                                               AKRUM ALRAHIB

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

16

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues properly triable by jury.

Dated:  June 11, 2013                         LOEB & LOEB LLP
                                              DAVID GROSSMAN
                                              JENNIFER JASON


                                     By: _David Grossman / J._____
                                          David Grossman
                                          Attorneys for Plaintiffs
                                          TRENDSETTAH USA, INC.,
                                          TRENDSETTAH, INC., and
                                          AKRUM ALRAHIB

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2299833.6
666666-66666

17

COMPLAINT

# EXHIBIT 1

# United States of America

### United States Patent and Trademark Office

## SPLITARILLOS

**Reg. No. 4,002,691**

**Registered July 26, 2011**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

AKRUM ALRAHIB (UNITED STATES INDIVIDUAL)
6001 E. SLAUSON AVE
COMMERCE, CA 90040

FOR: CIGARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 5-17-2011; IN COMMERCE 5-17-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-300,607, FILED 10-10-2007.

STEVEN JACKSON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# One Hundred

**Reg. No. 4,309,718**

**Registered Mar. 26, 2013**

ALRAHIB, AKRUM (UNITED STATES INDIVIDUAL)
6001 E. SLAUSON AVE
COMMERCE, CA 90040

**Int. Cl.: 34**

FOR: CIGARS; TOBACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 4-30-2012; IN COMMERCE 4-30-2012.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-345,598, FILED 6-14-2011.

KAREN K. BUSH, EXAMINING ATTORNEY



_Acting Director of the United States Patent and Trademark Office_

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> ### TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> ### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> ### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> ### reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,309,718

# United States of America

## United States Patent and Trademark Office

# OG

**Reg. No. 4,175,807**

**Registered July 17, 2012**

**Corrected May 14, 2013**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

AKRUM ALRAHIB (UNITED STATES INDIVIDUAL)
6001 E. SLAUSON AVE
COMMERCE, CA 90040

FOR: TOBACCO PRODUCTS, NAMELY, FLAVORED TOBACCO, CIGARS, AND CIGAR-ETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 4-15-2011; IN COMMERCE 4-15-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-700,556, FILED 11-27-2009.



Acting Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

#### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# G6 GRAPE

**Reg. No. 4,161,471**

**Registered June 19, 2012**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

AKRUM ALRAHIB (UNITED STATES INDIVIDUAL)
7407 N. 82 ND LANE
GLENDALE, AZ 85303

FOR: TOBACCO PRODUCTS, NAMELY, FLAVORED TOBACCO, CIGARS AND CIGAR-ETTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 4-10-2011; IN COMMERCE 6-10-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRAPE", APART FROM THE MARK AS SHOWN.

SN 76-705,630, FILED 12-9-2010.

H. M. FISHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SWAG

**Reg. No. 4,175,808**

**Registered July 17, 2012**

**Amended May 14, 2013**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

AKRUM ALRAHIB (UNITED STATES INDIVIDUAL)
6001 E. SLAUSON AVE
COMMERCE, CA 90040

FOR: TOBACCO PRODUCTS, NAMELY, FLAVORED TOBACCO, * AND * CIGARS [, CIGAR WRAPS AND CIGARETTES ], IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 4-15-2011; IN COMMERCE 4-15-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-700,559, FILED 11-27-2009.



Acting Director of the United States Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY


This case has been assigned to District Judge Beverly Reid O'Connell and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

### CV13- 4194 BRO (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge


===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained ... ein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Trendsettah USA, Inc.; Trendsettah, Inc., and Akrum Alrahib

## DEFENDANTS

J A Tobacco Corp.; LLBJ Corporation

**(b)** County of Residence of First Listed Plaintiff    Los Angeles, California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Miami, Florida
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David Grossman (SBN 211326); Jennifer Jason (SBN 274142)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067
Telephone: (310) 282-2000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. Section 1114.

CV13- 4194

Brief description of cause:
Trademark infringement.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $2 million. Preliminary injunction.

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
June 11, 2013

SIGNATURE OF ATTORNEY OF RECORD
*David Grossman /JJ*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**:  Have any cases been previously filed in this court that are related to the present case? ☑ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Miami, Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: _____

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |