```
1   Freddy Sayegh, Esq. (local counsel)
    THE FOXX FIRM, INC.
2   5895 Washington Boulevard
    Culver City, California 90232
3   Office:  (310) 895-1188
4   Facsimile:  (310) 895-1180

5
    Rhonda A. Anderson, Esq.
6   RHONDA A. ANDERSON, P.A.
    2655 LeJeune Road, Suite 540
7   Coral Gables, Florida 33134
    Office:  (305) 567-3004
8   Facsimile:  (305) 476-9837

9
    Attorneys for Defendants
10  JA TOBACCO CORP.
    LLBJ CORPORATION
11
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDSETTAH USA, INC., a California corporation, TRENDSETTAH, INC., a Florida corporation, and AKRUM ALRAHIB, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JA TOBACCO CORP., a Florida corporation, LLBJ CORPORATION, a Florida corporation, and DOES 1-10,<br><br>Defendants. | **CASE NO. CV 13-4194** BRO (PJWx)<br>Assigned to The Honorable Beverly Reid O'Connell<br>Dept. 14<br><br>**NOTICE OF MOTION AND DEFENSE COUNSEL'S JOINT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Complaint Filed:  June 11, 2013<br>Trial Date:   August 19, 2014<br>Mediation Scheduled:  March 14, 2014<br>*(Proposed Order Filed Concurrently)*<br>Hearing Date: April 14, 2014<br>Hearing Time: 1:30  P.M. |

TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

-1-

DEFENSE COUNSEL's JOINT MOTION FOR LEAVE TO WITHDRAW

YOU ARE HEREBY NOTIFIED THAT at on April 14, 2014 at 1:30 p.m. or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, in the Courtroom of the Honorable Beverly Reid O'Connell, United States District Judge, FAHED SAYEGH, ESQ. ("SAYEGH") and RHONDA A. ANDERSON, ESQ., ("ANDERSON") counsel for the Defendants, JA TOBACCO CORP and LLBJ CORPORATION (hereinafter "Defendants"), will move the Court to withdraw a counsel for the Defendants. In support thereof, counsel for the Defendants state:

1. ANDERSON is lead counsel for the Defendants and SAYEGH is local counsel.

2. This matter is set for mediation on March 14, 2014. See notice of mediation attached as Exhibit 1 to the Declaration of Rhonda A. Anderson, ("ANDERSON Declaration") attached hereto as Exhibit "A." Prior to setting mediation, ANDERSON coordinated the setting of the date and time of mediation with the Defendants' respective common president, Lazaro Jacomino, and after receipt of the notice of mediation, ANDERSON, informed said Mr. Jacomino of the mediation date and time, requested the mediators fees and for the Defendants to make travel arrangements to attend the mediation. See ANDERSON Declaration.

3. On Friday, February 28, 2014, the Defendants informed ANDERSON they would not attend the mediation. Defendants have not remitted to ANDERSON the mediator's fees and instructed ANDERSON not to engage in any further work in this matter and to withdraw a counsel. The Defendants further instructed ANDERSON to inform local counsel, Fahed SAYEGH, that he was not to conduct further work in this matter and to withdraw as counsel. See ANDERSON Declaration.

-2-

DEFENSE COUNSEL's JOINT MOTION FOR LEAVE TO WITHDRAW

4. Due to the Defendants instructions for defense counsel not to engage in any further work in this matter, defense counsel (ANDERSON and SAYEGH) and the Defendants have irreconcilable differences with regard to the manner in which to proceed in this matter. See ANDERSON Declaration.

5. With regard to withdraw a counsel, Local Rule 83-2.3.2 generally provides:

> Motion for Withdrawal. An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action.

With regard to withdrawal from organizations, Local Rule 83-2.3.4 provides:

> Organizations. An attorney requesting leave to withdraw from representation of an organization of any kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) must give written notice to the organization of the consequences of its inability to appear pro se.

6. On February 28, 2014 and on prior dates, ANDERSON has advised the Defendants that corporations must have counsel to appear in Court and that failure to defend this action could result in a Judgment against one or both Defendants. Further, during a conversation that ANDERSON had with Plaintiffs' counsel regarding other matters in this case, ANDERSON informed counsel that based upon the Defendants' instructions, defense counsel would be moving to withdraw as counsel in this matter. See ANDERSON Declaration.

7. In addition, on this date, March 4, 2014, ANDERSON sent a letter to both Defendants via Federal Express, to be delivered to their resident agent and president, Lazaro Jacomino, informing the Defendants of the consequences of their ability to appear pro se, and attached a copy of this Motion. See ANDERSON Declaration.

8. In addition, based upon the Defendants' instructions to ANDERSON, on this date, ANDERSON contacted the mediator's office, ADR Services, Inc., and informed them that the Defendants would not attend mediation on March 14, 2014. Accordingly, ADR Services, Inc. cancelled the mediation set for March 14, 2014, and informed ANDERSON that the Defendants must pay the mediator's fee of $5,790.00. On this date, ANDERSON informed the Defendants in writing of their responsibility for the mediator's fee, and requested that payment be forwarded within 10 days of receipt of the letter. See ANDERSON Declaration.

9. The last known addresses for the Defendant corporations are shown in the Certificate of Service to this motion, and may be verified at the State of Florida, Division of Corporations' website at www.sunbiz.org. See ANDERSON Declaration.

For the reasons stated above, undersigned counsel request that this Court enter an Order granting ANDERSON and SAYEGH leave to withdraw as counsel for the Defendants in this matter.

Respectfully submitted,

THE FOXX FIRM, INC.

Dated:  March 4, 2013         __/s/ Fahed Sayegh_____
                              Freddy Sayegh, Esq.
                              Local Counsel for Defendants
                              JA TOBACCO CORP.
                              LLBJ CORPORATION

                              RHONDA A. ANDERSON, P.A.
                              By:  /s/ Rhonda A. Anderson_____
                              Rhonda A. Anderson, Esq.
                              Florida Bar No 708038
                              Counsel for Defendants
                              JA TOBACCO CORP.
                              LLBJ CORPORATION

# PROOF OF SERVICE

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE**

I am employed in the County of Miami-Dade, State of Florida. I am over the age of eighteen years and not a party to the within action. My business address is 2655 LeJeune Road, Ste 540, Coral Gables, Florida. On March 4, 2014, I served the foregoing document, **Notice of Motion and Defense Counsel's Joint Motion for Leave to Withdraw as Counsel,** upon counsel of record via CM-ECF, the mediator via E-Mail, and to the Defendants via Federal Express, as follows:

| **Attorney for Plaintiffs** | **Defendants' Last Known Addresses:** |
|---|---|
| David Grossman | |
| D grossman@loeb.com | Lazaro Jacomino |
| Jennifer Jason, Esq. | President and Registered Agent |
| jjason@loeb.com | **JA Tobacco Corp.** |
| LOEB & LOEB LLP | 5149 NW 74 Avenue |
| 10100 Santa Monica Bvd., Suite 2200 | Miami, Florida 33166 |
| Los Angeles, CA 90067 | [via Federal Express] |
| Telephone: 310.282.2000 | |
| Facsimile: 310.282.2200 | |
| [via CM-ECF] | |
| | |
| **Mediator** | Lazaro Jacomino |
| **ADR Services, Inc.** | President and Registered Agent |
| Attn: Hon. Enrique Romero and Audra Graham | **LLBJ Corporation** |
| 915 Wilshire Blvd., Suite 1900 | 7290 NW 7 Street, Suite 106 |
| Los Angeles, California 90017 | Miami, Florida 33126 |
| Email: jugeromero@adrservices.org and audra@ADRservices.org | [via Federal Express] |
| [via Email] | |

I declare that I served the foregoing motion as indicated above, and filed same via CM-ECF.

EXECUTED ON March 4, 2014 at Miami, Florida.

                                                        /s/ Rhonda A. Anderson

DEFENSE COUNSEL's JOINT MOTION FOR LEAVE TO WITHDRAW