Freddy Sayegh, Esq. (local counsel)
THE FOXX FIRM, INC.
5895 Washington Boulevard
Culver City, California 90232
Office: (310) 895-1188
Facsimile: (310) 895-1180

RHONDA A. ANDERSON, P.A.
Rhonda A. Anderson, Esq., Fla. Bar. No 708038
2655 LeJeune Road, Ste. 540
Coral Gables, Florida 33134
Office: (305) 567-3004
Facsimile: (305) 476-9837

Attorneys for Defendants
JA TOBACCO CORP.
LLBJ CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDSETTAH USA, INC., a California corporation, TRENDSETTAH, INC., a Florida corporation, and AKRUM ALRAHIB, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JA TOBACCO CORP., a Florida corporation, LLBJ CORPORATION, a Florida corporation, and DOES 1-10, <br><br> Defendants. | CASE NO. CV 13-4194 BRO (PJW) <br> Hon. Beverly Reid O'Connell <br> Dept. 14 <br><br> **DECLARATION OF RHONDA A. ANDERSON IN SUPPORT OF DEFENSE COUNSEL'S JOINT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

### DECLARATION OF RHONDA A. ANDERSON

I, RHONDA A. ANDERSON, declare I am an attorney at law licensed to practice in the State of Florida, and I represent the Defendants, JA TOBACCO CORP. and LLBJ CORPORATION. The following is within my personal knowledge and if called upon as a witness, I could and would competently testify hereto

**EXHIBIT "A"**

(1) This matter was set for mediation on March 14, 2014. See notice of mediation attached as Exhibit 1. Prior to setting mediation, I coordinated the setting of the date and time of mediation with the Defendants' respective common president, Lazaro Jacomino, and after receipt of the notice of mediation, I informed said Mr. Jacomino of the mediation date and time, requested the mediators fees and for the Defendants to make travel arrangements to attend the mediation..

(2) On Friday, February 28, 2014, the Defendants informed me they would not attend the mediation. Defendants have not remitted to my office the mediator's fees and instructed me not to engage in any further work in this matter and to withdraw as counsel. The Defendants further instructed me to inform local counsel, Fahed Sayegh, that he was not to conduct further work in this matter and to withdraw as counsel.

(3) Due to the Defendants' instructions for defense counsel not to engage in any further work in this matter, defense counsel and the Defendants have irreconcilable differences with regard to the manner in which to proceed in this matter.

(4) On February 28, 2014 and on prior dates, I advised the Defendants that corporations must have counsel to appear in Court and that failure to defend this action could result in a Judgment against one or both Defendants. Further, during a conversation that I had with Plaintiffs' counsel regarding other matters in this case, I informed counsel that based upon the Defendants' instructions, defense counsel would be moving to withdraw as counsel in this matter.

(5) In addition, on this date, March 4, 2014, I sent a letter to both Defendants via Federal Express, to be delivered to the resident agent and president of both Defendants, Lazaro Jacomino. The letter informed the Defendants, *inter alia*, of the consequences of their ability to appear *pro se*, and attached a copy of Defense Counsel's Joint Motion for Leave to Withdraw.

(6)     Further, based upon the Defendants' instructions, on this date, I contacted the mediator's office, ADR Services, Inc., and informed them that the Defendants would not attend mediation on March 14, 2014. Accordingly, ADR Services, Inc. cancelled the mediation set for March 14, 2014, and informed me that the Defendants must pay the mediator's fee of $5,790.00. In the above referenced letter sent to the Defendants on this date, I informed the Defendants in writing of their responsibility for the mediator's fee, and requested that payment be forwarded to my office within 10 days of receipt of the letter.

(7)     The last known addresses for the Defendant corporations are:

Lazaro Jacomino
President and Registered Agent
**JA Tobacco Corp.**
5149 NW 74 Avenue
Miami, Florida 33166

Lazaro Jacomino
President and Registered Agent
**LLBJ Corporation**
7290 NW 7 Street, Suite 106
Miami, Florida 33126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of March 2014, in Miami, Florida.

Rhonda A. Anderson

-3-
DECLARATION OF RHONDA A. ANDERSON

February 14, 2014

David A. Grossman, Esq.
Jennifer A. Jason, Esq.
LOEB & LOEB
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067

RHONDA A. ANDERSON, ESQ.
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134

**ADR SERVICES, INC.**

1900 Avenue of the Stars
Suite 250
Los Angeles, CA 90067
(310) 201-0010 Tel.
(310) 201-0016 Fax

www.adrservices.org

**RE:   *TRENDSETTAH USA INC v. JA TOBACCO CORP***
          *ADRS Case No. 14-0761-ER*

Dear Counsel:

Please take notice that a **Mediation Hearing** in the above matter has been scheduled as follows:

| DATE: | Friday, March 14, 2014 |
|---|---|
| TIME: | 9:00 a.m. – 5:00 p.m. |
| LOCATION: | ADR Services, Inc.<br>1900 Avenue of the Stars, Suite 250<br>Los Angeles, California 90067 |
| MEDIATOR: | Hon. Enrique Romero |

The parties are invited to submit briefs five days before the hearing. Such briefs should include a concise statement of the facts, review of contentions and law, description of settlement posture, plus anything else counsel deems relevant to the facilitation of a settlement.

**Please submit documents to Judge Romero at:**       ADR Services, Inc.
915 Wilshire Boulevard, Suite 1900
Los Angeles, California 90017
Fax: (213) 683-9797
E-mail: judgeromero@adrservices.org
              lizbeth@adrservices.org

In addition, we believe that the single most important factor contributing to the success of mediation is the presence of all decision-makers. Kindly ensure that your clients are present, if at all possible, and if not, then available by phone. Physical presence however, is strongly preferred and much more successful.

Enclosed is an Invoice for Judge Romero's services. **Payment is due in advance. Please remit payment by *Monday, February 24, 2014.*** Please also find enclosed the ADR Services Fee Schedule and Cancellation/Rescheduling Policy. Please note that the allocation of a full day requires rescheduling/cancellation notice of fifteen (15) days or more; otherwise, the party requesting the change will be responsible for the full fee for the time allocated. Notice of Cancellation/Rescheduling must be submitted to our office **in writing**.

Contact us promptly with any questions or concerns you may have. Thank you for the opportunity to handle this matter and for your courtesy and cooperation.

Sincerely yours,

*Audra Graham*
Audra Graham
Director of Case Management

**EXHIBIT "1"**

Enclosures

cc:   Hon. Enrique Romero

AG/mg
M:\Open Files\S-U\Trendsettah USA Inc v. JA Tobacco Corp hrg.doc

Century City          Los Angeles          San Francisco          Silicon Valley          Orange County          San Diego

February 14, 2014

David A. Grossman, Esq.
Jennifer A. Jason, Esq.
LOEB & LOEB
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067

RHONDA A. ANDERSON, ESQ.
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134



1900 Avenue of the Stars
Suite 250
Los Angeles, CA 90067
(310) 201-0010 Tel.
(310) 201-0016 Fax

www.adrservices.org

# INVOICE #: 14-0761-ER-01

RE: **TRENDSETTAH USA INC v. JA TOBACCO CORP**
ADRS Case No. 14-0761-ER

| Hon. Enrique Romero | Date | Time Allocated (hours) |
|---|---|---|
| Review of Briefs, Preparation | | 1.0 |
| Mediation Hearing | March 14, 2014 | 8.0 |
| | TOTAL TIME | 9.0 |
| Non-Refundable Administrative Fee ($195/party) | | $390.00 |
| **Total Amount Billed (9.0 hours x $675/hour) + $390.00** | | **$6,465.00** |

LOEB & LOEB
(Counsel for Plaintiff, Trendsettah USA Inc., Trendsettah, Inc., and Akrum Alrahib)

**Amount Due (50% of $6,465.00)**          $3,232.50

LAW OFFICES OF RHONDA A. ANDERSON
(Counsel for Defendant, J A Tobacco Corp. and LLBJ Corporation)

**Amount Due (50% of $6,465.00)**          $3,232.50

---

Please include the case name and invoice number when making your check payable to:
ADR Services, Inc. (Tax ID# 20-0098025)

## *PLEASE REMIT PAYMENT BY FEBRUARY 24, 2014.*
Thank you for your courtesy and cooperation.

- *Please note that counsel, not the represented party, has contracted for the neutral's services.*
- *All counsel are jointly and severally liable for the payment of fees associated with the neutral's services.*
- *Fees for unused time will not be refunded.*

M:\Open Files\S-U\Trendsettah USA Inc v JA Tobacco Corp inv.doc



# FEE SCHEDULE

The hourly and daily rates of our neutrals vary depending on the panelist selected. Neutrals are independent contractors and set their own rates. Each party will be assigned a prorated share of the fees, unless agreed to otherwise in advance of scheduling a hearing. The hourly fee for the estimated and scheduled hearing time *shall be paid in advance of the hearing date*. Such fees will be the joint and several obligation of all counsel. Please note that counsel, not the represented party, has contracted for the neutral's services. Accordingly, *counsel will be held responsible for payment of all charges associated with the neutral's services in this matter.*

## ADMINISTRATIVE FEES

*The ADR Services, Inc. Non Refundable Administrative Fee is assessed once a hearing has been scheduled on your case. Each party is responsible for this fee, even in the event of a timely cancellation. The fee includes, but is not limited to case management services from our staff and use of the conference rooms and business facilities throughout the duration of the case.*

**MEDIATION** ......................................................................................................... $195.00 per party
**ARBITRATION** ..................................................................................................... $250.00 per party
**DISCOVERY** ........................................................................................................ $250.00 per party
**INITIAL FILING FEE** (Demand for Arbitration) ................................................. $300.00
**CONFLICT CHECK/DISCLOSURE STATEMENT FEE** (Arbitration & Discovery) ........ $250.00

## CANCELLATION AND RESCHEDULING POLICY

*Notice of cancellation or rescheduling must be submitted to our office in writing.* **Fees will be billed to the requesting party unless otherwise agreed upon.** *Several of our neutrals have their own policy, and if so, it will be clearly stated on any hearing notice.*

|  | Half Day Matter (4 hours or less) | Full Day Matter | Multi Day Matter |
|---|---|---|---|
| Notice of less than 7 days | Full Payment Required | Full Payment Required | Full Payment Required |
| Notice of 7 – 14 days | $200* | Full Payment Required | Full Payment Required |
| Notice of 15 – 30 days | $0 | $0 | Full Payment Required |
| Notice of 31 days or more | $0 | $0 | $0 |

*\*Applies to cancellations only. The $200 charge does not apply to rescheduled hearings.*

We are happy to assist counsel with rescheduling a hearing. If appropriate notice is given, there is no continuance fee for the first rescheduling. For the second rescheduling and thereafter, if appropriate notice is provided, a $100 continuance fee is billed per change.

| *Century City* | *Los Angeles* | *San Francisco* | *Silicon Valley* | *Orange County* | *San Diego* |
|---|---|---|---|---|---|
| *(310) 201-0010* | *(213) 683-1600* | *(415) 772-0900* | *(408) 293-1113* | *(949) 863-9800* | *(619) 233-1323* |

01/01/14