Freddy Sayegh, Esq. (local counsel)
THE FOXX FIRM, INC.
5895 Washington Boulevard
Culver City, California 90232
Office:  (310) 895-1188
Facsimile:  (310) 895-1180

Rhonda A. Anderson, Esq.
RHONDA A. ANDERSON, P.A.
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134
Office:  (305) 567-3004
Facsimile:  (305) 476-9837

Attorneys for Defendants
JA TOBACCO CORP.
LLBJ CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDSETTAH USA, INC., a California corporation, TRENDSETTAH, INC., a Florida corporation, and AKRUM ALRAHIB, an individual,<br><br>        Plaintiffs,<br>v.<br><br>JA TOBACCO CORP., a Florida corporation, LLBJ CORPORATION, a Florida corporation, and DOES 1-10,<br><br>        Defendants. | **CASE NO. CV 13-4194** BRO (PJW)<br>Hon. Beverly Reid O'Connell<br>Dept. 14<br><br>[PROPOSED] **ORDER ON DEFENSE COUNSELS' JOINT MOTION FOR LEAVE TO WITHDRAW** |

Before this Court is the joint motion of defense counsel, Rhonda A. Anderson and Fahed Sayegh, to withdraw as counsel for the Defendants JA TOBACCO CORP. and LLBJ CORPORATION.  Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and rules as follows.

-1-

1  Defense counsel have irreconcilable conflicts with the Defendants, and the Defendants have instructed defense counsel to withdraw.  Defense counsel have complied with the notice requirements of Local Rules 83-2.3.2 and 83-2.3.4.  For the reasons set forth above, the joint motion of defense counsel for leave to withdrawal is granted.

The Defendants shall retain counsel to represent the in this cause within _____ calendar days, including weekends and holidays, of the date of this Order.  The Defendants are hereby notified that failure of the Defendants to retain counsel may result in entry of a Judgment against one or both of the Defendants.

IT IS SO ORDERED.

Dated:  _____ ____ , 2014.


_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE